

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Ridge Natural Resources, LLC, Calvin Smajstrla, Christopher Hawa and Wilson Hawa, | § | No. 08-17-00227-CV |
|  | § | Appeal from the |
| Appellants, | § | 109th District Court |
| v. | § | of Winkler County, Texas |
| Double Eagle Royalty, LP, | § | (TC# DC17-17111) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

The Court has this day considered the Appellant's emergency motion for temporary stay of trial court proceedings and concludes the motion should be GRANTED IN PART as follows. The trial court is authorized to conduct the hearing on the pending motion to compel discovery and to rule on said motion. The Honorable Martin B. Muncy shall stay all other proceedings in cause number DC17-17111, styled *Ridge Natural Resources, LLC, Calvin Smajstrla, Christopher Hawa and Wilson Hawa v. Double Eagle Royalty, LP,* pending resolution of this appeal or further order of this Court.

IT IS SO ORDERED this 18th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.